371 A.2d 873

Mattei v. Bogusz et al., Appellants.

Submitted September 22, 1976. Robert F. Simone, for appellants; Spencer M. Wertheimer, for appellee.

Orders affirmed.

371 A.2d 873

Noel Appeal.

Submitted April 12, 1976. Edward R. Schellhammer, for appellant; Larry L. Davis, for appellee.

OPINION PER CURIAM: The order of the lower court is set aside and the record remanded for further proceedings. See Commonwealth ex rel. Myers v. Myers, 468 Pa. 134, 360 A.2d 587 (1976); Gunter v. Gunter, 240 Pa.Superior Ct. 382, 361 A.2d 307 (1976).

VAN der VOORT, J., dissents.